374 A.2d 722

Lehnert v. Lehnert, Appellant.

Argued April 14, 1977. Jay Harris Feldstein, with him Susan H. Wilkie, for appellant; Steven W. Alm, with him Bernard Redlich, for appellee.

OPINION PER CURIAM: Order affirmed.

HOFFMAN, CERCONE, and PRICE, JJ., would reduce the order of support to $200.00, per month.

VAN der VOORT, J., absent.